IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

J. FELIX FERNANDO CORONA-CERVANTES                                    PLAINTIFF

v.                              Case No. 5:16-CV-5235

DR. ROBERT KARAS; SAM CAUDLE;
AND ISAAC ANH-TUAN LE, D.D.S.                                         DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 50) from United States Magistrate Judge Erin L. Wiedemann. No objections have been filed and the deadline to file objections has passed. The Magistrate recommends that the Court grant Defendant Dr. Isaac Anh-Tuan Le's motion for summary judgment (Doc. 34) and grant Defendants Dr, Robert Karas' and Sam Caudle's motion for summary judgment (Doc. 37). The Court has conducted careful review of this case. The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Defendant Dr. Isaac Anh-Tuan Le's motion for summary judgment (Doc. 34) is GRANTED and Defendants Dr. Robert Karas' and Sam Caudle's motion for summary judgment (Doc. 37) is GRANTED, and this case is DISMISSED WITH PREJUDICE.

Judgment will be entered accordingly.

IT IS SO ORDERED this 17th day of January, 2018.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE